**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-6-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **SHALE DEAN BRANDT,** | |
| **Defendant.** | |

The United States has moved the Court for an Order amending its judgment in the above case because of a clerical error. The United States seeks the change of paragraph 15 of the Special Conditions of Supervision to add a restitution payment to an additional victim who was omitted from the Judgment, and to clarify payment instructions. Good cause showing,

IT IS HEREBY ORDERED that the Government's motion is granted. The restitution payment to the victim in the Tara series shall be decreased by $3,000.00, and a restitution payment to the victim in the TightsnGold series shall be added in the amount of $3,000.00. The restitution ordered for the victims in the Sweet Sugar series shall be unchanged.

IT IS FURTHER ORDERED that the disbursement instructions proposed by the Government shall be included in paragraph 15 of the Amended Judgment.

DATED this 27th day of November, 2019.


Brian Morris
United States District Court Judge